EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br><br> Lcdo. Miguel Ojeda Martínez | 2013 TSPR 4 <br><br><br> 187 DPR ____ |

Número del Caso: TS-8023

Fecha: 16 de enero de 2013

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Lcdo. Miguel Ojeda Martínez          TS-8023

RESOLUCIÓN

San Juan, Puerto Rico, a 16 de enero de 2013

Atendida la *Moción Solicitando Reinstalación* presentada por el Lcdo. Miguel Ojeda Martínez, se provee ha lugar.

Se ordena la reinstalación del Lcdo. Miguel Ojeda Martínez al ejercicio de la abogacía exclusivamente. Se apercibe al peticionario que en el futuro deberá cumplir fielmente con las órdenes de este Tribunal.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo